IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| EDWARD CHARLES HOLLAND | § | |
| VS. | § | CIVIL ACTION NO. 1:06cv809 |
| THE STATE OF TEXAS | § | |

MEMORANDUM ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

Edward Charles Holland, proceeding *pro se*, filed a "Motion for Extension of Time to Prepare Writ under 28 U.S.C. § 2254." The court referred the matter to the Honorable Keith F. Giblin, United States Magistrate Judge, for consideration.

The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge. The magistrate judge recommends the matter be dismissed without prejudice for lack of subject-matter jurisdiction.

The court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the records, pleadings and all available evidence. No objections to the Report and Recommendation were filed by the parties.

ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ADOPTED**. A final judgment will be entered in accordance with the magistrate judge's recommendation.

So **ORDERED** and **SIGNED** this **1**   day of **May, 2007.**

_____
Ron Clark, United States District Judge